CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 29 2016

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ERNEST LINWOOD CHANDLER IV,
    Plaintiff,

Civil Action No. 7:15-cv-00672

v.

**MEMORANDUM OPINION**

SOCIAL SECURITY ADMINISTRATION,
et al.,
    Defendants.

By:  Hon. Glen E. Conrad
      Chief United States District Judge

Ernest Linwood Chandler IV, a Virginia inmate proceeding pro se, filed a civil rights complaint under 42 U.S.C. § 1983, in the United States District Court for the Eastern District of Virginia in November 2015. That court transferred the case here in December 2015, because the events of which Chandler complains occurred within this court's jurisdiction. By its order entered December 15, 2015, the court advised plaintiff, among other things, that a failure to update a mailing address after a transfer or release from incarceration would result in dismissal of this action.

The copy of the December 15 order that was mailed to plaintiff at the jail address he provided has been returned as undeliverable, with a notation indicating that plaintiff is no longer at the jail and officials cannot forward his mail. Records online indicate plaintiff has been released from custody, and he has not contacted the court about this case since he filed it. Therefore, the court finds that plaintiff has failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b), and dismisses the action without prejudice and denies all pending motions as moot. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (approving sua sponte dismissal of action under Rule 41(b)).

ENTER: This 29th day of January, 2016.

                                                  Chief United States District Judge