CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

JAN 29 2016

JULIA LEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ERNEST LINWOOD CHANDLER, IV,
   Plaintiff,

Civil Action No. 7:15-cv-00672

v.

**FINAL ORDER**

SOCIAL SECURITY ADMINISTRATION,
*et al.*,
   Defendant(s).

By:   Hon. Glen E. Conrad
       Chief United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 29th day of January, 2015.

_____
Chief United States District Judge